IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE WILLIAMS : | |
| : | CIVIL ACTION |
| Plaintiff, : | NO. 16-4595 |
| : | |
| v. : | |
| : | |
| MONTGOMERY COUNTY : | |
| CORRECTIONAL FACILITY, : | |
| et al., : | |
| : | |
| Defendants. : | |

# **O R D E R**

**AND NOW**, this **10th** day of **July, 2017**, upon consideration of Plaintiff's Complaint (ECF No. 3), Defendant's Motion for Summary Judgment (ECF No. 19), Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 23), and Defendant's Supplemental Memorandum in Support of Motion for Summary Judgment (ECF No. 30), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 29) is **GRANTED**, and Plaintiff's Complaint (ECF No. 3) is **DISMISSED with prejudice**. The Clerk of Court is directed to mark the case as **CLOSED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**